Argued October 29, reversed and remanded November 27, 1968

## STATE OF OREGON, *Respondent, v.*
## MANUEL H. RAMIREZ,
### *Appellant.*
447 P. 2d 390

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause and filed a brief for appellant.

*F. LeGard Smith,* Deputy District Attorney, Vale, argued the cause for respondent. On the brief was H. Clifford Looney, District Attorney.

Before McALLISTER, Presiding Justice, and SLOAN, O'CONNELL, GOODWIN, DENECKE, HOLMAN and MENGLER, Justices.

McALLISTER, J.

The defendant was convicted in Malheur county of concealing stolen property and appeals. This case is similar to and controlled by *State v. Flores,* decided this day.

The relevant portion of the affidavit for the search warrant in this case reads as follows:

> "That on or about the 16th day of October, 1967, the following described personal property was stolen from the Coast to Coast Store, Ontario, Oregon, to-wit: (Description omitted).
>
> "I further depose and say that I have received information from a reliable person that the above mentioned personal property is concealed in the premises of Adrian Rameriz's, to-wit: 2075 Sunset Road, Ontario, Oregon, County of Malheur, * * *."

The affidavit recited no underlying circumstances to support the officer's belief that his informant was credible or his information reliable. For the reasons stated in *State v. Flores,* supra, the judgment is reversed and remanded.